**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND**
*Greenbelt Division*

IN RE:
Roy Edward White, Jr
    Debtor

Case No. 23-18284

Truist Bank
    Movant

vs.                                                                 Chapter 7

Roy Edward White, Jr
    Debtor

and

Merrill Cohen
    Chapter 7 Trustee

## MOTION FOR RELIEF FROM AUTOMATIC STAY ON REAL PROPERTY LOCATED AT 10806 WINSTON CHURCHILL CT, UPPER MARLBORO, MARYLAND 20772

COMES NOW, Truist Bank (hereinafter "Movant"), its assigns and/or its successors in interest, by and through counsel, moves for relief from the automatic stay of 11 U.S.C. § 362(a) pursuant to Fed. R. Bankr. P. Rules 4001, 9014, and Maryland Local Bankr. Rule 4001, and respectfully represents as follows:

    1.    Jurisdiction is based on 28 U.S.C. §§ 157 and 1334 of the United States Bankruptcy Code.  The relief requested may be granted in accordance with the provisions of 11 U.S.C. §§ 105(a) and 362(d) and pursuant to Fed. Bank. Proc. Rules 9013 and 4001.

    2.    On or about November 15, 2023, Roy Edward White, Jr (hereinafter "Debtor") filed a voluntary petition in this Court under Chapter 7 of the United States Bankruptcy Code.

3. Merrill Cohen is the duly appointed Chapter 7 Trustee of the Debtor's bankruptcy estate.

4. At the time of initiation of the bankruptcy proceedings, the Debtor owned a parcel of real estate located in Prince George's County, Maryland, and improved by a residence known as 10806 WINSTON CHURCHILL CT, Upper Marlboro, Maryland 20772 (hereinafter the "Property").

5. Movant is a secured creditor of the Debtor whose interest is evidenced by a promissory note ("Note") dated November 17, 2012, in the original principal amount of $266,961.00 with interest at the original note rate of 3.375%. A copy of the promissory note is attached.

6. Truist Bank has the right to initiate and pursue the foreclosure of your loan because Truist Bank is the holder of the Note or is otherwise authorized by the owner of the loan, pursuant to state law, to foreclose.

7. Said Note is secured by a certain Deed of Trust also dated November 17, 2012 and recorded in Liber 34243, Folio 401 among the land records of Prince George's County, Maryland, related to the Property. A copy of the deed of trust is attached.

8. Movant now seeks relief from the automatic stay against Debtor pursuant to 11 U.S.C. § 362(d)(1) for Debtor's failure to maintain adequate protection payments to Movant as required by the aforementioned promissory note and deed of trust.

9. The Debtor is in default under the Deed of Trust and Note and is contractually due for: November 2023 through December 2023 payments of $1,391.75 each, and the January 1, 2024 payment of $1,537.26 for a subtotal of $4,320.76. Consequently, payment arrears alone

at this point total $4,320.76.  Movant has incurred legal fees of $850.00 and filing cost of $199.00 associated with the present motion.

10.     A copy of the payment history is attached hereto as Exhibit "A".

11.     A detailed statement of debt, required by Maryland Local Bankr. Rule 4001-1(b), is itemized as follows:

| | |
|---|---:|
| Unpaid Principal Balance | $216,644.75 |
| Accrued Interest | $2,069.99 |
| Late Charges | $116.01 |
| Escrow Advances | $559.30 |
| Total: | $219,390.05 |

This statement of debt is not equivalent to a verified payoff statement.  If you wish to receive a verified payoff statement you must request one directly from the lender.

12.     Movant lacks adequate protection of its interest in the Property and Movant continues to be irreparably injured by the stay of 11 U.S.C. § 362(a).

13.     Movant avers that there is no equity in the Property because the total liens against the Property exceeds its fair market value.   lists the market value of the Property as $315,000.00.  Maryland Bankr. Rule 4001-1(b)(6).

14.     Cause exists for terminating the automatic stay imposed by 11 U.S.C. § 362(a) to enable Movant to avail itself of its rights and remedies under its promissory note, security instrument, and state law, including but not limited to the commencement of foreclosure proceedings against the Property.

WHEREFORE, the Movant, its assigns and/or successors-in-interest prays that this Court:

1.     Enter an order terminating the automatic stay imposed by 11 U.S.C. § 362(a) of the United States Bankruptcy Code to enable Movant, its successors and/or assigns, to avail itself of its rights and remedies under the promissory note, deed of trust, and state law, including but not limited to the initiation of foreclosure proceedings against the property located at 10806

WINSTON CHURCHILL CT, Upper Marlboro, Maryland 20772 and to allow successful purchaser to obtain possession of same; and,

2. Grant such other and further relief as may be just and necessary.

                                            Respectfully submitted,

Date:   February 14, 2024          */s/ Andrew Spivack*
                                            Andrew Spivack Bar No. 21497
                                            Brock & Scott, PLLC
                                            3825 Forrestgate Dr.
                                            Winston-Salem, NC 27103
                                            844-856-6646
                                            704-369-0760  facsimile
                                            MDBKR@brockandscott.com

                                            *Counsel for Movant*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of February, 2024, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the Motion For Relief will be served electronically by the Court's CM/ECF system on the following:

Merrill Cohen, Chapter 7 Trustee

Robert Grossbart, Debtor's Attorney

I hereby further certify that on the 14th day of February, 2024, a copy of the Motion For Relief was also mailed first class mail, postage prepaid to:

Roy Edward White, Jr
8704 Dominic Court
Clinton, MD 20735

*/s/Andrew Spivack*
Andrew Spivack, MD Fed. Dist. No. 21497
Ryan Srnik, MD Fed. Dist. No. 30811
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: MDBKR@brockandscott.com