Entered: March 11th, 2024
Signed: March 11th, 2024

**SO ORDERED**



LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
*Greenbelt Division*

| | |
|---|---|
| IN RE:<br>Roy Edward White, Jr,<br>　　　Debtor | Case No. 23-18284 |
| Truist Bank,<br>　　　Movant<br><br>vs.<br><br>Roy Edward White, Jr,<br>　　　Debtor<br>and<br><br>Merrill Cohen<br>　　　Chapter 7 Trustee | Chapter 7 |

**MFR No. 54**

### ORDER GRANTING RELIEF FROM AUTOMATIC STAY

Upon review of the Motion for Relief from the Automatic Stay (MFR No. 54) filed

herein by Truist Bank ("Movant"), and there being no response or objection by the Debtor or the

Chapter 7 Trustee, it is hereby,

ORDERED that the automatic stay imposed by 11 U.S.C. § 362 (a) is TERMINATED to

enable Movant and/or its successors and assigns to avail itself of its rights under the Deed of Trust, Promissory Note, and state law, including but not limited to the initiation or continuation of foreclosure proceedings in the Circuit Court for Prince George's County, Maryland, against the property known as **10806 WINSTON CHURCHILL CT, Upper Marlboro, MD 20772**, to obtain or transfer title to the Property, and to allow the successful purchaser to obtain possession of same; and it is further,

ORDERED, that in the event the party obtaining relief herein subsequently consummates a foreclosure sale that produces a surplus, said party shall notify the Auditor in the foreclosure proceeding of the Chapter 7 Trustee's name and address and shall also cause a copy of the Report of Sale and the Auditor's Report filed in connection with such sale to the bankruptcy trustee.  Md. Bankr. Local Rule 4001-3; and it is further,

ORDERED, that the automatic stay of 11 U.S.C. § 362 (a) shall not be reimposed as to Debtor's interest and the Bankruptcy estate's interest in the property by the conversion of this case to a case under another Chapter of the United States Bankruptcy Code.


cc:

Andrew Spivack, Esq.
BROCK & SCOTT, PLLC
3825 Forrestgate Dr.
Winston-Salem, NC 27103
*Counsel for Movant*

Robert Grossbart, Esq.
One Charles Center
100 North Charles Street, 20th floor
Baltimore, MD 21201
*Counsel for Debtor*

Roy Edward White, Jr
8704 Dominic Court

2

Clinton, MD 20735
*Debtor*

Merrill Cohen
Merrill Cohen, Trustee
P.O. Box 53
Harbeson, DE 19951
*Chapter 7 Trustee*

**END OF ORDER**